IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2019 DEC -6  PM 4: 39
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
          DEPUTY

| | |
|---|---|
| TEXAS MUTUAL INSURANCE COMPANY, <br>     PLAINTIFF, <br> V. <br> KINSALE INSURANCE COMPANY, <br>     DEFENDANT. | § § § § § § § § | 

CAUSE NO. 1:19-CV-529-LY

## FINAL JUDGMENT

Before the court is the above entitled cause of action. On this same date, this court rendered an order dismissing Plaintiff's cause of action against all Defendant without prejudice. Accordingly, the court renders the following Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**IT IS THEREFORE ORDERED** that the case is hereby **CLOSED**.

SIGNED this _6th_ day of December, 2019.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE